# NOTICE OF CLAIM

(General Municipal Law § 50-e)

**To:**

Office of the New York City Comptroller
Bureau of Law & Adjustment
1 Centre Street, Room 1225
New York, NY 10007

**Claimant:**

Michael Matlock
101 Front Street, #3
Key West, PL 33040
Phone: (646) 483-7315
Email: matlockreit@aol.com

**Attorney for Claimant:**

Kent L. Gubrud, Esq.
Law Office of Kent Gubrud, P.C.
315 Madison Avenue, Suite 3055
New York, NY 10017
Phone: (212) 968-8818
Email: KentGubrud@fastmail.com

**Public Corporations / Entities:**

The City of New York; New York City Police Department (NYPD); and employees/agents thereof whose names and shield numbers are presently unknown.

I. Nature of the Claims

This Notice of Claim arises from the unlawful arrest and malicious prosecution of Claimant MICHAEL MATLOCK in New York County. Claimant asserts state-law claims for (1) False Arrest; and (2) Malicious Prosecution; together with vicarious liability (respondeat superior) against the City of New York. The underlying criminal allegations included larceny and criminal possession of a stolen instrument. The criminal matter was dismissed on September 8, 2025, as reflected by the Certificate of Disposition issued by the Chief Clerk.

Claimant reserves the right to assert additional related state-law claims to the extent permitted, and expressly notes that federal civil-rights claims under 42 U.S.C. § 1983 are not the subject of this Notice and are preserved separately.

II. Time, Place, and Manner in Which the Claims Arose

On April 15, 2025, at approximately 1:30 pm, Claimant was arrested by NYPD officers of the 9th Precinct in Manhattan (New York County) in or near 321 East 5th Street, detained and processed at the precinct, and released later that day. Thereafter, Claimant was prosecuted in the Criminal Court of the City of New York, New York County, under Docket No. CR-007706. On September 8, 2025, the criminal case was dismissed, constituting a favorable termination for purposes of malicious prosecution.

The arrest and prosecution were undertaken without probable cause and with malice. Material exculpatory facts were ignored and/or false, incomplete, or misleading statements were submitted and relied upon to initiate and continue the prosecution.

III. Injuries and Damages

Claimant sustained loss of liberty, emotional distress, mental anguish, humiliation, reputational harm, legal fees and costs in defending the criminal matter, lost time, and other consequential damages. Medical/therapy expenses, if any, will be supplemented. Claimant demands Three Million Dollars ($3,000,000) in damages.

IV. Parties Involved (to the extent known)

Arresting/participating NYPD officers: Officer Brendon Rogers, Shield NO. 2146 and Sergeant Andre Michel, Shield No. 2637; supervisory personnel unknown at this time.

V. Preservation, 50-h, and Service

This Notice is served within ninety (90) days of the accrual of the malicious prosecution claim (favorable termination on September 8, 2025) and is intended also to preserve the false-arrest claim arising from the April 15, 2025 arrest to the extent permitted by law. Claimant stands ready to appear for a GML § 50-h examination and to provide authorizations for pertinent records.

Claimant understands that to the extent the City contends the false-arrest claim was not noticed within 90 days of accrual, Claimant intends to seek leave of court under GML § 50-e(5) to serve a late notice nunc pro tunc, and nothing herein shall be deemed a waiver of that application or of Claimant's rights.

## VI. Verification

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss.:

MICHAEL MATLOCK, being duly sworn, deposes and says: I am the Claimant in the within Notice of Claim; I have read the foregoing Notice and know the contents thereof; the same is true to my knowledge, except as to matters stated to be alleged on information and belief, and as to those matters I believe them to be true.

Dated: October 13, 2025

Key West, Florida, Monroe County

[signature]

MICHAEL MATLOCK

Sworn to before me this 13 day of October, 2025

[signature]

Notary Public, State of Florida

CAROLINE MCGUIRE
MY COMMISSION #HH640493
EXPIRES: APR 28, 2029
Bonded through 1st State Insurance

## Exhibits (to be attached on service)

Exhibit A – Certificate of Disposition (Sept. 8, 2025)

Exhibit B – Desk Appearance Ticket; Compliant; Prisoner Movement Slip; Fingerprinting Documents; Notice under CPL Section 170.10(8-a); DAT sheet and Supporting Deposition of Christin Roudier under CPL Section 100.20; Notice to Appear; Family Protection Sheet.