www.comptroller.nyc.gov

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341

Brad Lander
COMPTROLLER

015 - 151

Date: 10/30/2025
Claim Number: 2025PI035318
RE: Acknowledgment of Claim
Your Claim/Policy#:

MICHAEL MATLOCK c/o KENT GUBRUD
315 MADISON AVENUE #3055
NEW YORK NY 10017

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment