UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael A. Matlock,<br><br>                              Plaintiff,<br><br>          -against-<br><br> City of New York et al.,<br><br>                              Defendants. | 25-CV-10081 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold the previously-adjourned conference on June 18, 2026 at 2:00 PM. The parties should dial in by calling 646-453-4442 and entering conference ID 691 762 952 followed by the pound (#) sign. The parties are instructed to review the Court's order at Dkt. 10 and make all required pre-conference filings.

SO ORDERED.

Dated: April 22, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge